**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TOMMIE PUCKETT,            ) | |
| )                                                | |
| Plaintiff,        ) | |
| )                                                | CASE NUMBER |
| v.                                   ) | _____ |
| )                                                | |
| MELIDA RAMIREZ and     ) | |
| NATIONAL COIN & BULLION ) | |
| RESERVE, INC.,             ) | |
| )                                                | |
| Defendants.      ) | |
| _____) | |

**EXHIBIT A**



**NATIONWIDE COIN & BULLION RESERVE**
2470 S. Dairy Ashford Suite 282
Houston, TX 77077

Phone # 877-817-1220    Fax # 281-531-1380

# INVOICE

| Date | Invoice # |
|---|---|
| 10/7/2014 | NCBR-120048 |

www.NationwideCoins.com

**PAID 10/07/2014**

**Bill To**
TOMMIE M PUCKETT
2965 PHARR COURT SOUTH NW APT 616
ATLANTA GA 30305

**Ship To**
TOMMIE M PUCKETT
2965 PHARR COURT SOUTH NW APT 616
ATLANTA, GA 30305

| Coin Specialist | Shipped Via |
|---|---|
| CPL | FedEx |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | 1984-10-0008 | 1984-$10 U.S. COMMEMORATIVE GOLD COIN-OLYMPIC RUNNER-PROOF 69 (S-MINT) | 2,995.00 | 2,995.00 |

Thank you for your business.
Any questions regarding this transaction please contact customer service toll free at (855) 679-5657.

**Total** $2,995.00

*Best of the Best in Precious Metals*