## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TOMMIE PUCKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER |
| v. ) | 1:17-cv-02978-WSD |
| ) | |
| MELIDA RAMIREZ and ) | |
| NATIONAL COIN & BULLION ) | |
| RESERVE, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SUGGESTION OF DEATH

COME NOW the undersigned counsel of record for the above named Plaintiff to suggest her death as set forth in Exhibit A, hereinbelow set forth, depicting the family's notice of her death as published in the Atlanta Journal Constituton, page 30, column 1, May 26, 2019.  Respectfully submitted, this June 12, 2019.

                                         **HURT STOLZ, P.C.**

                                         s/ *James W. Hurt, Jr.*
                                         James W. Hurt, Jr.
                                         Georgia Bar No.:  380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 395-2750
Facsimile:  (866) 766-9245
jhurt@hurtstolz.com

                         **ADDELTON LTD CO.**

                         s/ *David F. Addleton*
                         By:  David F. Addleton
                         Georgia Bar No.  005050

PO Box 416
Macon, Georgia 31202-0416
Telephone: (404) 797-7166
Facsimile: (888) 398-0898
dfaddleton@gmail.com           **ATTORNEYS FOR PLAINTIFF**

                              **EXHIBIT A**



29, 3:00 PM, at First Baptist Church of Smyrna. Carmichael Funeral Home, Smyrna, GA.

**POLLY, Clarence Lamar**
Age 68, of Chamblee, passed away May 20, 2019. Services at a later date. Fischer Funeral Care, Atlanta, GA.

**PREBOR, Lali**
Age 47, of Peachtree City, passed away May 23, 2019. Services May 26, 2:00 PM, in the Chapel of Carmichael-Hemperley Funeral Home and Crematory, Peachtree City, GA.

**PUCKETT, Tommie Mae**
Tommie Mae Puckett passed away on May 16th at the age of 99. She is survived by her son Mark Puckett, her daughter-in-law Carol Puckett, niece Linda Young and nephew Bill Lovett and their families. Celebration of life services will be held at Druid Hills Baptist Church/The Church at Ponce an Highlands, 1085 Ponce de Leon Ave., NE. Atlanta, GA. 30306 on Friday, June 7, at 2 PM, with visitation for friends and family at 1pm. In lieu of flowers please send donations to the American Liver Foundation.

**RAPER, Bernice**
Age 97, of Mt. Airy. Service May 26, 2 PM at Whitfield Funeral Home, North Chapel, Demorest, GA.

**RHINEHART, Robert**
Robert (Bob) Rose Rhinehart passed away on May 19th, 2019. He was 78. Bob was a man of deep and remarkable

## FONT CERTIFICATE

I certify that the foregoing has been prepared in a Times New Roman 14 point or larger font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

*s/ David F Addleton*

## CERTIFICATE OF SERVICE

The undersigned certifies he caused to be served upon counsel of record for the parties a copy, true and correct in all relevant respects, of the within and foregoing instrument by causing the same to be electronically filed with the Clerk of Court, a procedure that automatically provides service by email to counsel of record for the defendants, this 12th day of June, 2019, by:

*s/ David F. Addleton*
David F Addleton